METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant, *v.* UNION INDEMNITY COMPANY OF LOUISIANA, Respondent.

(Argued November 25, 1930; decided January 6, 1931.)

*Eric P. Smith* for appellant.

*Claude T. Taggart* and *Thomas A. Clarke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.